

U.S. Department of Justice

**United States Attorney**
**Northern District of Texas**

1100 Commerce St., 3rd Fl.          Telephone (214)659-8600

Dallas, Texas  75242-1699          Fax (214)767-4913

28 April 2006

Honorable Jorge Solis
United States District Court
1100 Commerce Street, Room 1654
Dallas, TX 75242

      Re:    United States v. Johar Saran et al., Criminal No. 3:05-CR-0240-P

Dear Judge Solis:

The purpose of this letter is to report to the Court the status of a significant project under- taken by the government that affects the discovery in the case, and the likely probable trial date.  Since the execution of multiple search warrants, the government has been marking every document seized with a unique identification number (Bates stamped), as well as electronically imaging the resulting marked documents.  The marked images are being stored on DVDs for discovery and use by defense counsel.

The documents are being marked and imaged by the F.B.I.'s Record Management Division, DocLab, in Washington, DC.

Status of the project:  The number of boxes of documents seized by the government pursuant to the foregoing search warrants in both Texas and Florida exceed 380.  Over 120 boxes have been shipped to DocLab for processing.  To date, 60 sixty boxes have been completed.

The Acting Unit Chief for DocLab supervising the project estimates the marking and imaging of the remaining documents will not be completed until November 2006.  He advised the government that projects with "higher" priorities have interrupted this project and significantly delayed its completion.

The United States also anticipates superceding the original indictment in this case to name additional defendants, as well as seeking the return of additional charges against most of the already named defendants.

Based on the foregoing information, which includes the sheer volume and complexity of this prosecution, unforeseen and unavoidable delays in the completion of the ongoing imaging project, the intention of the government to seek a superceding indictment in this case, and allowing an adequate time for defendants' review of all discovery materials, the government estimates a trial date in this case of spring 2007.

Honorable Judge Solis
28 April 2006
Page -2-


Sincerely,

RICHARD B. ROPER
UNITED STATES ATTORNEY



_____/s/_____
WILLIAM C. McMURREY
Assistant United States Attorney