# Hasten & Hansen, Attorneys at Law

1101-A North Little School Road * Arlington, TX 76017 * (817) 429-0956 Phone * (817) 496-4605 Fax

Jeffrey E. Hansen, Attorney at Law
**email: jeff@hhattorneys.com**

December 6, 2006



**Via Certified Mail, Return Receipt Requested**
John de la Garza, III
Assistant U.S. Attorney-NDTX
1100 Commerce, 3rd Floor
Dallas, Texas 75242

**RE:   Criminal No. 3:05-CR-240-P; United States of America v. Rakesh Jyota Saran, et al, pending in the United States District Court for the Norther District of Texas, Dallas Division.**

Dear Mr. de la Garza:

It is my understanding the Defendants in the above-referenced proceeding have pled guilty. As a condition of the plea, they have agreed not to contest or dispute the count for criminal forfeiture which was alleged in the above-referenced proceeding. I have previously placed you on notice of the claim of my client, Dansmark Custom Homes against a parcel of real property which is the subject of the criminal forfeiture action. That parcel of real property is identified as follows:

Lot 6 R, Block 2, the Estates on Rush Creek, an addtion to the City of Arlington, Tarrant County, Texas according to the plat thereof, recorded in Volume A, Page 6877 of the Plat Records of Tarrant County, Texas.

I would greatly appreciate it if you would confirm to me at your very earliest convenience whether or not an Order of Forfeiture has been entered in the proceeding. If the Order of Forfeiture has been entered, please confirm whether or not notice of the Order and of Intent to Dispose of the Property has been given. It is my intent to preserve my client's third party interest in the property as evidenced by the Mechanic's & Materialman's Lien filed in the Real Property Records of Tarrant County, Texas. For your information, I am including another copy of that lien with this letter.

I look forward to your prompt response to my inquiries as set forth herein.

\\Server\jeff d drive\(JEH Clients)\Driscoll, Dan\Dansmark\Correspondence\L - U.S. Attorney John de la Garza (12-05-06).doc

John de la Garza, III
December 6, 2006
Page 2

Very truly,

Jeffrey E. Hansen

JEH/vj

Enc.

Cc:     U.S. District Clerk
        Northern District of Texas – Dallas Division

        Charles Wear

\\Server\jeff d drive\(JEH Clients)\Driscoll, Dan\Dansmark\Correspondence\L - U.S. Attorney John de la Garza (12-05-06).doc

NOTICE:  THIS IS NOT A LIEN
THIS IS ONLY AN AFFIDAVIT CLAIMING A LIEN

# AFFIDAVIT CLAIMING MECHANIC'S AND MATERIALMEN'S LIEN

STATE OF TEXAS )(

)(

COUNTY OF DENTON )(

BEFORE me the undersigned authority on this day personally appeared DAN DRISCOLL, the undersigned Affiant who swore on his oath that the following facts are true:

"My name is DAN DRISCOLL. I am the President of DANSMARK CUSTOM HOMES, INC. ("Claimant"). This Affidavit is made on behalf of Claimant to perfect a Mechanic's and Materialman's Lien against the real property described below:

1. Claimant has an unpaid claim in the amount of $250,000 for labor, materials and services furnished for the construction of the improvements generally situated at 2324 Panorama Court, Arlington, Tarrant County, Texas. The claim amount of $250,000 is within my personal knowledge, just and true, the same is due and unpaid and all just and lawful offsets, payments and credits have been allowed. The claim amount is for labor, materials and services furnished as described below, on which a systematic record has been kept.

2. The name and last know address of the owner or reputed owner of the real property and improvements upon which this claim is made is 5918 Gary Lane, Arlington, Texas  76016.

3. The claim amount of $250,000 represents the unpaid contract price due Claimant or in the alternative is the reasonable value of the unpaid portion of Claimant's labor, materials and supplies furnished and which are described below.

4. Claimant's labor, materials and services furnished for construction of improvements on the real property described below are generally described as follows:

All phases of construction of the residential property from lot preparation to the current state of construction which generally includes but is not limited to lot preparation, foundation, plumbing, framing, exterior cladding, roofing, mechanical, sheetrock, masonry,

J:\(JEH Clients)\Bullard, David\Collections\Pleadings\Affidavit of Mechanics & Materialman's Lien (Panaromic Court doc

tile windows, doors and openings, electrical, glass, painting, finished flooring, cabinetry and hardware.

5.  Claimant furnished the above-described labor, materials and services under a written contract with owner.

6.  Claimant claims a mechanics and materialmen's lien upon the above-described property and improvements thereon to secure payment of its claim amount of $250,000.00 in accordance with Chapter 53 of the Texas Property Code as well as the Texas Constitution.

7.  Claimant's physical address is 2910 W. Parkrow Drive, Arlington, Texas 76013.

8.  In compliance with Texas Property Code, Claimant is sending one copy of this Affidavit to the above-referenced owner at its last known address.

9.  The legal description of the real property upon which Claimant seeks to impose a lien for the above, describe labor, materials and services and which real property and improvements thereon, are to be charged with Claimant's lien is:

> **Lot 6R, Block 2, Estates on Rush Creek, an addition to the City of Arlington, Tarrant County, Texas, according to the plat thereof recorded in the Real Property Records of Tarrant County, Texas.**

FURTHER AFFIANT sayeth not:

By: Dan Driscoll President,
DANSMARK CUSTOM HOMES, INC

SUBSCRIBED AND SWORN TO BEFORE ME on this said day by DAN DRISCOLL who represented to me he was the President of DANSMARK CUSTOM HOMES, this the 27th day of September 2005, to certify which witness my hand and seal of office.

VERA B JONES
Notary Public, State of Texas
My Commission Expires
06-14-2008

NOTARY PUBLIC – STATE OF TEXAS

J:\(JEH Clients)\Bullard, David\Collections\Pleadings\Affidavit of Mechanics & Materialman's Lien (Panaromic Court.doc

JEFFREY HANSEN
1101 LITTLE SCHOOL RD

ARLINGTON        TX  76017

Submitter:  JEFFREY E HANSEN

---

**SUZANNE HENDERSON**
**TARRANT COUNTY CLERK**
**TARRANT COUNTY COURTHOUSE**
**100 WEST WEATHERFORD**
**FORT WORTH, TX 76196-0401**

## DO NOT DESTROY
## WARNING -  THIS IS PART OF THE OFFICIAL RECORD.

Filed For Registration:    09/27/2005 03:16 PM
        Instrument #:    D205287129

        AFF        3 PGS        $20.00



D205287129

ANY PROVISION WHICH RESTRICTS THE SALE, RENTAL OR USE
OF THE DESCRIBED REAL PROPERTY BECAUSE OF COLOR OR
RACE IS INVALID AND UNENFORCEABLE UNDER FEDERAL LAW.