IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 3:05-CR-240-P |
| | § | **ECF** |
| RAKESH JYOTI SARAN  (1) | § | |
|     also known as, "Johar Rakesh Saran," | § | |
|     "Johar Saran," "Joe Saran," | § | |
|     "John Saran,"and "Imraan Siddiqi" | § | |
| STACY FRED WORD (2) | § | |
|     also known as, "Fred Word" | § | |
| DAVID KAISER (3) | § | |
| LESLIE WAYNE DAVIDOFF (4) | § | |
|     also known as,  "Les Davidoff" | § | |
| CHERIE ANN WORD (5) | § | |
| AYESHA SIDDIQUI (6) | § | |
|     also known as,  "Ayesha Siddiqi" | § | |
| MARGIE MOLINA (7) | § | |
| GEORGE SCHMIDT (8) | § | |
| MATTHEW FRED VALDEZ (9) | § | |
| LEVOIE WAYNE BRANAM (10) | § | |
| SAMEER A. SAYED (11) | § | |
| WINSTON ANTHONY WILLIAMS (12) | § | |
| ARRON KYLE WOODCOCK (13) | § | |
| HEATHER RACHELLE ELLIOTT (14) | § | |
| DAVID THANE MUNS (15) | § | |
| GASTON BLANCHET, JR. (16) | § | |
| SHERMAN TED SOLOMON (17) | § | |
| STEVEN ROSNER (18) | § | |
| GIL LOZANO (19) | § | |
| ALLIANCE PHARMACY SERVICES, INC. (20) | § | |
| AMS PHARMACEUTICALS GROUP, INC. (21) | § | |
| CARRINGTON HEALTH CARE SYSTEM, INC.(22) | § | |
| DALAMAR SERVICES, INC. (23) | § | |
| EAST POINTE PHARMACY SERVICES, INC. (24) | § | |
| EVEREST SERVICES, INC. (25) | § | |

**Government's Fourth Bill of Particulars - Page 1**

INFINITI SERVICES GROUP, INC. (26)            §
MED-CARE INFUSION SERVICES, INC. (27)          §
NATIONAL EXECUTIVE MANAGEMENT, INC.(28) §
ORION PHARMACY SERVICES, INC. (29)             §
PRECISION PHARMACY SERVICES, INC. (30)         §
PREMIUM PHARMACY SERVICES, INC. (31)           §
QUANTUM INFUSION, INC. (32)                    §
RELIANCE PHARMACEUTICAL, INC. (33)             §
SOUTHWEST INFUSION, INC. (34)                  §
SWS PHARMACY SERVICES, INC. (35)               §
TEXAS HOME INFUSION, L.L.C. (36)               §
TRI-PHASIC PHARMACY, INC. (37)                 §
TRINITY INFUSION SERVICES, INC. (38)           §
TRINITY PHARMACY SERVICES, INC. (39)           §

## GOVERNMENT'S FOURTH BILL OF PARTICULARS

The Government files this Fourth Bill of Particulars.  In addition to the property already named in the forfeiture counts of the Indictment and in the Government's three previously-filed Bills of Particulars, the following property is also subject to forfeiture pursuant to Counts 196, 200, and 201:

### Personal Property

68.    Eleven Kirby Lester Tablet Hoppers (model KL502), serial numbers V03210; V03213; V03212; V03214; V03208; V03211; V03194; V03203; V03193; V03207; and V03206.

69.    Eleven Kirby Lester Tablet Counters (model KL200), serial numbers K21085A; K21099A; K21104A; K21100A; K21095A; KL21085A; K21103A; K21098A; K20196A; K21093A; and KL21084A.

70.    Three MTS Package Sealers (Masterpiece 110S - model LR5921), including serial numbers MZ00311 and S00535.

71.    One Kirby Lester Tablet Counter, model KL15df, serial number SDF1573.

**Government's Fourth Bill of Particulars - Page 2**

[items 68 - 71 sought from **Rakesh Jyoti Saran; Alliance Pharmacy Services, Inc.; AMS Pharmaceuticals Group, Inc.; Carrington Health Care System, Inc.; Dalamar Services, Inc.; East Pointe Pharmacy Services, Inc.; Everest Services, Inc.; Infiniti Services Group, Inc.; Med-Care Infusion Services, Inc.; National Executive Management, Inc.; Orion Pharmacy Services, Inc.; Precision Pharmacy Services, Inc.; Premium Pharmacy Services, Inc.; Quantum Infusion, Inc.; Reliance Pharmaceutical, Inc.; Southwest Infusion, Inc.; SWS Pharmacy Services, Inc.; Texas Home Infusion, L.L.C.; Tri-Phasic Pharmacy, Inc.; Trinity Infusion Services, Inc.;** and **Trinity Pharmacy Services, Inc.**].

Respectfully submitted,

RICHARD B. ROPER
UNITED STATES ATTORNEY

**/s/ John J. de la Garza III**
Assistant United States Attorney
Texas State Bar No. 00796455
1100 Commerce St., Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8682; Fax: 214.659.8803
john.delagarza@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I certify that on January 4, 2007, true and correct copies of this Motion were served on counsel of record by electronically filing the Motion with the clerk of court for the U.S. District Court, Northern District of Texas, using the ECF system.

**/s/ John J. de la Garza III**
Assistant United States Attorney

**Government's Fourth Bill of Particulars - Page 3**