# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

Case No. 3:05-CR-240-1-SOLIS

-----------------------------------------------------------------X

UNITED STATES OF AMERICA,
                    *Plaintiff,*

        Vs.

ALLIANCE PHARMACY SERVICES, Inc;
AMS PHARMACEUTICAL GROUP, Inc;
CARRINGTON HEALTH CARE SYSTEM, Inc;
DALAMAR SERVICES, Inc;
EAST POINTE PHARMACY SERVICES, Inc;
EVEREST SERVICES, Inc;
INFINITI SERVICES GROUP, Inc;
MED-CARE INFUSION SERVICES, Inc;
NATIONAL EXECUTIVE MGT, Inc;
ORION PHARMACY SERVICES, Inc;
PRECISION PHARMACY SERVICE, Inc;
PREMIUM PHARMACY SERVICES, Inc;
QUANTUM INFUSION, Inc;
RELIANCE PHARMACEUTICAL, Inc;
SOUTHWEST INFUSION, Inc;
SWS PHARMACY SERVICES, Inc;
TEXAS HOME INFUSION, Inc;
TRI-PHASIC PHARMACY, Inc;
TRINITY INFUSION SERVICES, Inc; and,
TRINITY PHARMACY SERVICES, Inc.
                    *Defendants.*

-----------------------------------------------------------------X

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

APR 2 9 2009

CLERK, U.S. DISTRICT COURT
By _____
                Deputy

## O R D E R

THIS MATTER AROSE UPON the Joint Motion to Divest All Net

Assets [of the above-captioned corporations] and for Agreed Permanent

Injunction Prohibiting the Defendants From Transacting Business pursuant to USSG§8C1.1 and 28 U.S.C. §§2201-2202, Rule 65, Fed. R. Civ. P.   Upon consideration of the motion and all pleadings and proceedings had herein, it is hereby

ORDERED and ADJUDGED that the motion is GRANTED. It is further

ORDERED and ADJUDGED that a fine in the amount $ *1000.00* is hereby imposed upon each of the above-captioned corporations upon each count of conviction and the Court finds that said fine is sufficient to divest the corporate defendants of all their net assets. It is further

ORDERED and ADJUDGED that a federal lien shall be imposed upon said corporations in the amount of the fines imposed. It is further

ORDERED and ADJUDGED that the corporate defendants are permanently enjoined from transacting business. It is further

ORDERED and ADJUDGED that to the extent permitted by state law, the corporations are herewith dissolved.

DONE and ORDERED in chambers this 29th day of *April*, 2009.

HON. JORGE A. SOLIS
United States District Judge

Copies Furnished:

Texas Secretary of State
Counsel of Record
US Marshal Service